ETC. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Matthew C. Fleming* and *Mr. Paul Armitage* for respondents.

No. 537. ARMOUR & COMPANY *v.* FORT MORGAN STEAMSHIP COMPANY, LIMITED, ET AL. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. John D. Grace* for petitioner. No appearance for respondents.

No. 541. GREAT NORTHERN RAILWAY COMPANY *v.* GALBREATH CATTLE COMPANY ET AL. October 20, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Montana granted. *Mr. I. Parker Veazey, Jr.,* and *Mr. F. G. Dorety* for petitioner. *Mr. Samuel Herrick* and *Mr. E. E. Enterline* for respondents.

No. 591. UNITED STATES *v.* TRENTON POTTERIES COMPANY ET AL. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *The Solicitor General* and *Mr. Nathan Probst, Jr.,* Special Assistant Attorney General, for the United States. *Mr. R. V. Lindabury, Mr. Edward L. Katzenbach* and *Mr. H. Snowden Marshall* for respondents.

No. 631. STEAMSHIP "WILLDOMINO," ETC. *v.* CITRO CHEMICAL COMPANY OF AMERICA; and

No. 632. STEAMSHIP "WILLDOMINO," ETC. *v.* CHARLES PFIZER & COMPANY, INC.; and

No. 633. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER, ETC. *v.* CHARLES PFIZER & COMPANY, INC. October 27, 1924. Petition for writs of certiorari to the